In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00081-CV

_____

SHAWNA LEIGH JOHNSON, Appellant

V.

MOLLY WELLS, Appellee

On Appeal from the County Court at Law No. 2
Montgomery County, Texas
Trial Cause No. 14-28464

**MEMORANDUM OPINION**

The appellant, Shawna Leigh Johnson, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
HOLLIS HORTON
Justice


Submitted on March 25, 2015
Opinion Delivered March 26, 2015

Before McKeithen, C.J., Horton and Johnson, JJ.